

# SENTENCING EXHIBITS U.S.A. vs. SHANE RICHARD GORDON

U.S.A.  
vs.  
SHANE RICHARD GORDON

2:15-CR-0186-JCM

11/07/2016

2:15-CR-186-JCM-NJK.

Hello, my name is Shane and I am here before the court to accept responsibility for my actions. My actions have been influenced by drugs, namely methanphetamines, for most of my life. Nearly 25 years of destructive behavior that has left my life a mess.

I look at this as a second chance at a life without drugs, and hopefully a positive influence in my children's lifes. I'm taking this as a step towards a happier, and healthier life without drugs.

I would like to apologize for what I have done, and thank the court in its help of getting my life in order. I look forward to sobriety and a second chance at a new life.

Thank You

COURT EXHIBIT #1